

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/27/2020
```

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

March 27, 2020

BY ECF

Honorable Robert W. Lehrburger
United States Magistrate Judge
United States District Court
500 Pearl Street
New York, New York 10007

        Re:  Gwendolyn Burns Chambers v. Comm. of Social Security
            19 Civ. 2145 (RWL)

Dear Judge Lehrburger:

     Pursuant to the scheduling order in the above-referenced Social Security case, the government's brief was due March 20, 2020.  We write respectfully to request, with the gracious consent of plaintiff's counsel, that the remaining briefing schedule in this case be adjourned *nunc pro tunc* as follows:

        Government's brief by April 24, 2020
        Plaintiff's reply, if any, by May 15, 2020.

The reason for this request is the difficulty in managing a docket of nearly 100 cases during a pandemic that has required setting up to telework.  The government has not previously requested an extension in this case.  We appreciate the Court's consideration of this request.

        Respectfully,

        GEOFFREY S. BERMAN
        United States Attorney

    By:     s/ *Susan D. Baird*
        SUSAN D. BAIRD
        Assistant United States Attorney
        tel. (212) 637-2713
        Susan.Baird@usdoj.gov

SO ORDERED:

_____  3/27/2020

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE