**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
GWENDOLYN CHAMBERS,

                Plaintiff,                            19 **CIVIL** 2145 (RWL)

      -v-                                                **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,
                Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated September 21, 2020, and pursuant to sentence four of 42 U.S.C. § 405(g), the Commissioner's motion is DENIED, the Plaintiff's motion is GRANTED, and the case is REMANDED for further proceedings consistent with the opinion.

**Dated:** New York, New York
           September 21, 2020

                                                                           **RUBY J. KRAJICK**
                                                                          _____
                                                                          **Clerk of Court**
                              **BY:**       *K. Mango*
                                                           _____
                                                                          **Deputy Clerk**